IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| MATTHEW SCHAFER,<br><br>　　　　　Plaintiff,<br><br>Vs.,<br><br>PINNACLE FINANCIAL GROUP, INC.<br><br>　　　　　Defendant. | NO. 4:2011-cv-00098<br><br><br><br>VOLUNTARY DISMISSAL<br>WITH PREJUDICE |

　　　Pursuant to Rule 41.1(a)(2) of the Local Federal Rules of Civil Procedure, plaintiff Matthew Schafer requests all claims raised or that could have been raised in this action are hereby dismissed with prejudice and each party will bear its own costs and attorney fees.


　　/s/ L. Ashley Zubal
L. Ashley Zubal     AT0009559
MARKS LAW FIRM, P.C.
4225 University Avenue
Des Moines, Iowa  50311
(515) 276-7211
Fax: (515) 276-6280
ATTORNEY FOR PLAINTIFF

c/o Patrick Oshea
7825 Washington Ave S.
Suite 310
Minneapolis, MN 55439


**CERTIFICATE OF SERVICE**:  By signing above, the attorney, L. Ashley Zubal certifies that on the 2 day of May, 2011, this document was filed electronically in the United States District Court for the Southern District of Iowa Court.  The parties listed will receive notice via US Mail.